GLOBE INDEMNITY COMPANY, Respondent, v. SAGGESE-STRUNSKY, INC., and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

GEORGE LEARY, Respondent, v. JOHN FENNING, Appellant.— Order modified by further eliminating item 11 of the notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

E. DAVID SHORT, Respondent, v. FLORENCE HORTENSE SHORT, Appellant.— Order so far as appealed from modified by allowing fifteen dollars per week alimony to defendant, in addition to the provision therein made for the support of the child, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

MERRITT ISLAND INVESTMENT COMPANY, Respondent, v. LEE M. RUMSEY, JR., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

LLOYD I. PHYFE, as Receiver of ESTATES SECURITY CORPORATION, Respondent, v. A. C. GMELIN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

GIREY, INC., Appellant, v. BENJAMIN B. DEITEL and Others, Respondents.— Order so far as appealed from modified by striking out items XII, 22-a, 23-a, 24-b, 28; XIX, 6; XXII, 1, and XXVII, and as so modified affirmed, without costs. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

LOUIS T. STANLEY, Respondent, v. HARRY W. HOWE and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

RUTH GOLDMAN, Suing on Behalf of Herself and of All Other Stockholders of WM. P. GOLDMAN & BROS., INC., Who May Desire to Come into This Action, Appellant, Respondent, v. WM. P. GOLDMAN & BROS., INC., and Others, Respondents, Appellants.— Order dated September 9, 1932, modified by allowing all the items specified in the affidavit annexed to the notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the plaintiff. Appeal from order dated October 10, 1932, dismissed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.